**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| GONZALEZ, MONICO JAIME § | Case No. 11-20476 |
| GONZALEZ, RAFAELA § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    Kenneth S. Gardner
    219 S. Dearborn Street
    7th Floor
    Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/10/2013 in Courtroom 644,
    United States Courthouse
    219 S. Dearborn Street
    Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/07/2013          By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| GONZALEZ, MONICO JAIME | § | Case No. 11-20476 |
| GONZALEZ, RAFAELA | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 20,000.00 |
| and approved disbursements of | $ | 1,638.50 |
| leaving a balance on hand of[1] | $ | 18,361.50 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Frances Gecker | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 8,135.50 | $ 0.00 | $ 8,135.50 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 36.80 | $ 0.00 | $ 36.80 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ 1,152.70 | $ 0.00 | $ 1,152.70 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ 14.50 | $ 0.00 | $ 14.50 |

| | | |
| --- | --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ | 12,089.50 |
| Remaining Balance | $ | 6,272.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 111,492.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | BMO HARRIS BANK NA | $ 90,758.62 | $ 0.00 | $ 5,105.63 |
| 000002 | MIDLAND CREDIT MANAGEMENT, INC. | $ 4,461.35 | $ 0.00 | $ 250.97 |
| 000003 | ATLAS ACQUISITIONS LLC | $ 632.75 | $ 0.00 | $ 35.60 |
| 000004 | ATLAS ACQUISITIONS LLC | $ 1,791.06 | $ 0.00 | $ 100.76 |
| 000005 | ATLAS ACQUISITIONS LLC | $ 917.95 | $ 0.00 | $ 51.64 |
| 000006 | MIDLAND CREDIT MANANGEMENT, INC. | $ 3,808.22 | $ 0.00 | $ 214.23 |
| 000007 | MIDLAND CREDIT MANANGEMENT, INC. | $ 1,408.17 | $ 0.00 | $ 79.22 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | MIDLAND CREDIT MANANGEMENT, INC. | $ 443.13 | $ 0.00 | $ 24.93 |
| 000009 | CAPITAL ONE BANK (USA), N.A. | $ 1,396.56 | $ 0.00 | $ 78.56 |
| 000010 | CAPITAL ONE BANK (USA), N.A. | $ 1,880.92 | $ 0.00 | $ 105.81 |
| 000011 | CAPITAL ONE BANK (USA), N.A | $ 672.45 | $ 0.00 | $ 37.83 |
| 000012 | MIDLAND CREDIT MANAGEMENT, INC. | $ 1,505.99 | $ 0.00 | $ 84.72 |
| 000013 | AMERICAN EXPRESS CENTURION BANK | $ 840.00 | $ 0.00 | $ 47.25 |
| 000014 | AMERICAN EXPRESS CENTURION BANK | $ 975.00 | $ 0.00 | $ 54.85 |

Total to be paid to timely general unsecured creditors      $ 6,272.00

Remaining Balance      $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 11-20476-PSH
Monico Jaime Gonzalez                                           Chapter 7
Rafaela Gonzalez
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mhenley              Page 1 of 2              Date Rcvd: Nov 08, 2013
                              Form ID: pdf006            Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2013.
```
db/jdb       +Monico Jaime Gonzalez,    Rafaela Gonzalez,    2142 S. Albany Ave.,    Chicago, IL 60623-3441
aty          +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
17272907     +American Express,    P O Box  981537,    El Paso, TX 79998-1537
18368349      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18249937     +Atlas Acquisitions LLC  (GE Capital - JC Penney),    294 Union St.,    Hackensack, NJ 07601-4303
18250112     +Atlas Acquisitions LLC  (GE Capital - Sam's Club),    294 Union St.,    Hackensack, NJ 07601-4303
18115097     +BMO Harris Bank NA,    Michael Utterback, Vice President,    Special Assets Management Unit,
               111 W. Monroe Street/4W,    Chicago,IL 60603-4096
17272910     +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
17272911      Blatt, Hasenmiller, Leibsker & Moor,    125 South Wacker Drive, Suite 400,
               Chicago, IL 60606-4440
17272912     +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
18310306      Capital One Bank (USA), N.A. by American InfoSourc,    PO Box 71083,    Charlotte, NC  28272-1083
17272913     +Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
17272914     +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
17272915     +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
17272916     +Chase/Bank One Card Services,    P O Box 15298,    Wilmington, DE 19850-5298
17272917      Direct Merchant's Bank,    P.O. Box 29468,    Grandin, ND 58038-9468
17272918     +Freedman Anselmo Lindberg & Rappe,    1807 West Diehl Road, Suite 333,    P.O. Box 3228,
               Naperville, IL 60566-3228
17272922     +Harris N.A.,    BLST,    P.O. Box 2880,    Chicago, IL 60690-2880
17272923     +James M. Crowley,    Crowley & Lamb, P.C.,    350 North LaSalle Street, Suite 900,
               Chicago, IL 60654-5136
17272929      New York & Co.,    P.O. Box 182789,    Columbus, OH 43218-2789
17272930     +People's Energy,    130 East Randolph Street,    Attn: Bankruptcy Department,
               Chicago, IL 60601-6302
17272931     +Peoples Gas,    130 E Randolph St,    Chicago, IL 60601-6302
17272932     +Progressive Financial Services, Inc,    PO Box 41309,    Nashville, TN 37204-1309
17272934      Sears/Citibank SD, N.A.,    8725 W. Sahara Ave,    The Lakes, NV 89163-0001
17272935     +State Collection Services,    P.O. Box 6250,    Madison, WI 53716-0250
17272938      Verizon Wireless,    P.O. Box 25505,    Lehigh Valley, PA 18002-5505
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17272908      E-mail/Text: bnc-applied@quantum3group.com Nov 09 2013 00:39:06     Applied Bank,
               4700 Exchange Court,    Boca Raton, FL 33431-0966
17272909      E-mail/Text: g20956@att.com Nov 09 2013 00:39:22     AT&T Mobility,    P.O. Box 6428,
               Carol Stream, IL 60197-6428
17272906     +E-mail/Text: jas@arthuradler.com Nov 09 2013 00:38:44      Adler & Assoc, Ltd.,
               25 E. Washington, #500,    Chicago, IL 60602-1703
17320455     +E-mail/Text: bnc@atlasacq.com Nov 09 2013 00:37:48     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
17272919      E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2013 00:43:34      GEMB/JC Penneys,    P.O. Box 981402,
               El Paso, TX 79998-1402
17272920      E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2013 00:44:13      GEMB/Sam's Club Duel Card,
               P.O. Box 965005,    Orlando, FL 32896-5005
17272921     +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2013 00:41:28      GEMB/Sams Club DC,    PO Box 981400,
               El Paso, TX 79998-1400
17272925     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2013 00:44:07      LVNV Funding, LLC,
               P.O. Box 10584,    Greenville, SC 29603-0584
17272924     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2013 00:43:06      LVNV Funding, LLC,
               PO Box 10497,    Greenville, SC 29603-0497
17272927      E-mail/Text: bkr@cardworks.com Nov 09 2013 00:37:29     Merrick Bank,    P.O. Box 9201,
               Old Bethpage, NY 11804-9001
17272926     +E-mail/Text: bkr@cardworks.com Nov 09 2013 00:37:29     Merrick Bank,    P.O. Box 1500,
               Draper, UT 84020-1500
17272928     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 09 2013 00:38:29      Midland Credit Management,
               8875  Aero Dr.,    San Diego, CA 92123-2255
18142247     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 09 2013 00:38:29      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
18282453     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 09 2013 00:38:29      Midland Credit Manangement, Inc.,
               8875 Aero Drive, Suite 200,    San Diego CA 92123-2255
17272933     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 09 2013 00:41:03      PYOD LLC,
               P.O. Box 10497,    Greenville, SC 29603-0497
                                                                                               TOTAL: 15
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18368350*      American Express Centurion Bank,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
```

```
District/off: 0752-1            User: mhenley                Page 2 of 2                  Date Rcvd: Nov 08, 2013
                                Form ID: pdf006              Total Noticed: 41

17272936     ##Target National Bank,    P. O. Box 59317,    Minneapolis, MN 55459-0317
17272937     ##+The CBE Group,   131 Tower Park Dr., Suite 100,    Waterloo, IA 50701-9374
                                                                                         TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2013                              Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2013 at the address(es) listed below:
          Frances   Gecker    on behalf of Attorney    Frank/Gecker LLP fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Frances   Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Frances   Gecker    on behalf of Accountant Alan D Lasko fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Francis J. Pendergast, III    on behalf of Creditor    Harris Bank fpendergast@crowleylamb.com,
           ibenavides@crowleylamb.com;docket@crowleylamb.com
          John A Rottier    on behalf of Joint Debtor Rafaela  Gonzalez jrottier@katzlawchicago.com,
           aavila@katzlawchicago.com
          John A Rottier    on behalf of Debtor Monico Jaime Gonzalez jrottier@katzlawchicago.com,
           aavila@katzlawchicago.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Zane L Zielinski    on behalf of Trustee Frances   Gecker zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                             TOTAL: 8
```