UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
GONZALEZ, MONICO JAIME § Case No. 11-20476
GONZALEZ, RAFAELA §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Frances Gecker_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| Bank of New York Mellon | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| FRANKGECKER LLP | | | | | |
| FRANKGECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| EDNA TAYLOR | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Mobility P.O. Box 6428 Carol Stream, IL 60197-6428 | | | | | |
| | Adler & Assoc, Ltd. 25 E. Washington, #500 Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Applied Bank 4700 Exchange Court Boca Raton, FL 33431-0966 | | | | | |
| | Barclays Bank Delaware P.O. Box 8803 Wilmington, DE 19899 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moor 125 South Wacker Drive, Suite 400 Chicago, IL 60606-4440 | | | | | |
| | Capital One Bank USA NA PO Box 30281 Salt Lake City, UT 84130 | | | | | |
| | Capital One PO Box 30281 Salt Lake City, UT 84130 | | | | | |
| | Chase 800 Brooksedge Blvd. Westerville, OH 43081 | | | | | |
| | Chase Bank USA PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Bank USA PO Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase/Bank One Card Services P O Box 15298 Wilmington, DE 19850 | | | | | |
| | Direct Merchant's Bank P.O. Box 29468 Grandin, ND 58038-9468 | | | | | |
| | Freedman Anselmo Lindberg & Rappe 1807 West Diehl Road, Suite 333 P.O. Box 3228 Naperville, IL 60566-7228 | | | | | |
| | Freedman Anselmo Lindberg & Rappe 1807 West Diehl Road, Suite 333 P.O. Box 3228 Naperville, IL 60566-7228 | | | | | |
| | GEMB/Sams Club DC PO Box 981400 El Paso, TX 79998 | | | | | |
| | James M. Crowley Crowley & Lamb, P.C. 350 North LaSalle Street, Suite 900 Chicago, IL 60654 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LVNV Funding, LLC P.O. Box 10584 Greenville, SC 29603 | | | | | |
| | LVNV Funding, LLC PO Box 10497 Greenville, SC 29603 | | | | | |
| | Merrick Bank P.O. Box 1500 Draper, UT 84020 | | | | | |
| | Merrick Bank P.O. Box 9201 Old Bethpage, NY 11804-9001 | | | | | |
| | Midland Credit Management 8875 Aero Dr. San Diego, CA 92123 | | | | | |
| | New York & Co. P.O. Box 182789 Columbus, OH 43218-2789 | | | | | |
| | PYOD LLC P.O. Box 10497 Greenville, SC 29603 | | | | | |
| | People's Energy 130 East Randolph Street Attn: Bankruptcy Department Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | People's Energy 130 East Randolph Street Attn: Bankruptcy Department Chicago, IL 60601 | | | | | |
| | Peoples Gas 130 E Randolph St Chicago, IL 60601 | | | | | |
| | Progressive Financial Services, Inc PO Box 41309 Nashville, TN 37204 | | | | | |
| | Sears/Citibank SD, N.A. 8725 W. Sahara Ave The Lakes, NV 89163-0001 | | | | | |
| | State Collection Services P.O. Box 6250 Madison, WI 53701 | | | | | |
| | Target National Bank P. O. Box 59317 Minneapolis, MN 55459-0317 | | | | | |
| | The CBE Group 131 Tower Park Dr., Suite 100 Waterloo, IA 50701 | | | | | |
| | Verizon Wireless P.O. Box 25505 Lehigh Valley, PA 18002-5505 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000014 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | BMO HARRIS BANK NA | | | | | |
| 000009 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000010 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000011 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | GE CAPITAL - SAM'S CLUB | | | | | |
| 000005 | GE CAPITAL - SAM'S CLUB | | | | | |
| 000003 | GE CAPITAL AND JC PENNEY | | | | | |
| 000002 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000012 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | MIDLAND CREDIT MANANGEMENT, INC. | | | | | |
| 000007 | MIDLAND CREDIT MANANGEMENT, INC. | | | | | |
| 000008 | MIDLAND CREDIT MANANGEMENT, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-20476 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | GONZALEZ, MONICO JAIME | | | Date Filed (f) or Converted (c): | 05/13/11 (f) |
| | GONZALEZ, RAFAELA | | | 341(a) Meeting Date: | 06/22/11 |
| For Period Ending: | 02/28/14 | | | Claims Bar Date: | 02/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VACANT LOT IN EDINGBURG, TEXAS  Debtor Claimed Exemption | 20,000.00 | 0.00 | | 20,000.00 | FA |
| 2. CHECKING ACCOUNT WITH CHARTER ONE  Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. LIVING ROOM AND BEDROOM FURNITURE, TV, KITCHEN APP  Debtor Claimed Exemption | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. MEN'S CLOTHING AND WOMEN'S CLOTHING  Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 5. $25,000 LIFE INSURANCE POLICY WITH JOHN HANCOCK, N | 0.00 | 0.00 | | 0.00 | FA |
| 6. $25,000 LIFE INSURANCE POLICY WITH JOHN HANCOCK, N | 0.00 | 0.00 | | 0.00 | FA |
| 7. CPS PENSION PLAN  Debtor Claimed Exemption | 10,000.00 | 0.00 | | 0.00 | FA |
| 8. 100% OWNERSHIP OF KIKIS TRUCKING, INC., 2142 S. AL  Debtor Claimed Exemption | 5,000.00 | 0.00 | | 0.00 | FA |
| 9. 1990 MERCURY MARQUIS  Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 10. 1996 FORD ECONOLINE | 1,000.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 17.05

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 11-20476 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | GONZALEZ, MONICO JAIME | | | Date Filed (f) or Converted (c): | 05/13/11 (f) |
| | GONZALEZ, RAFAELA | | | 341(a) Meeting Date: | 06/22/11 |
| | | | | Claims Bar Date: | 02/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 11. 1990 CHEVY SUBURBAN IN NON-WORKING CONDITION | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $39,000.00 | $0.00 | | $20,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FUNDS HAVE BEEN DISTRIBUTED IN THIS CASE.

Initial Projected Date of Final Report (TFR): 06/01/12    Current Projected Date of Final Report (TFR): 06/01/13

/s/    Frances Gecker
_____  Date: _____
FRANCES GECKER

LFORM1    Ver: 17.05
**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-20476 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | GONZALEZ, MONICO JAIME | | Bank Name: | Congressional Bank |
| | GONZALEZ, RAFAELA | | Account Number / CD #: | *******6229 GENERAL CHECKING |
| Taxpayer ID No: | *******0150 | | | |
| For Period Ending: | 02/28/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/08/12 | 1 | Edinburg Teachers Credit Union<br>P.O. Box 1349<br>900 W. University<br>Edinburg, TX 78540-1349 | | 1110-000 | 20,000.00 | | 20,000.00 |
| 04/03/12 | 001000 | Edna Taylor<br>McAllen Realty Services<br>P.O. Box 720701<br>McAllen, Texas 78504 | Order dated 4/3/12 | 3510-000 | | 500.00 | 19,500.00 |
| 12/03/12 | 001001 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19030<br>Springfield, IL 62794-9030 | FEIN: 36-4203787 (2012) IL-1041 | 2820-000 | | 1,053.00 | 18,447.00 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 18,447.00 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 20,000.00 | 20,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 18,447.00 | |
| Subtotal | 20,000.00 | 1,553.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 20,000.00 | 1,553.00 | |

Page Subtotals 20,000.00 20,000.00

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-20476 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | GONZALEZ, MONICO JAIME | | Bank Name: | Bank of New York Mellon |
| | GONZALEZ, RAFAELA | | Account Number / CD #: | *******7226 GENERAL CHECKING |
| Taxpayer ID No: | *******0150 | | | |
| For Period Ending: | 02/28/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 18,447.00 | | 18,447.00 |
| 02/14/13 | 010000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | 16.64 | 18,430.36 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 15.03 | 18,415.33 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 27.38 | 18,387.95 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 26.45 | 18,361.50 |
| 12/11/13 | 010001 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL 60654 | Chapter 7 Compensation/Fees | 2100-000 | | 2,750.00 | 15,611.50 |
| 12/11/13 | 010002 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603<br><br>Fees         1,152.70<br>Expenses       14.50 | Accountant for Trustee Fees (Other | 3410-000<br>3420-000 | | 1,167.20 | 14,444.30 |
| 12/11/13 | 010003 | FRANKGECKER LLP<br>325 N. LaSalle Street | Attorney for Trustee Fees (Trustee | | | 8,172.30 | 6,272.00 |

Page Subtotals  18,447.00  12,175.00

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-20476 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | GONZALEZ, MONICO JAIME | | Bank Name: | Bank of New York Mellon |
| | GONZALEZ, RAFAELA | | Account Number / CD #: | *******7226  GENERAL CHECKING |
| Taxpayer ID No: | *******0150 | | | |
| For Period Ending: | 02/28/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 625 Chicago, IL 60654 | Fees         8,135.50  Expenses        36.80 | 3110-000 3120-000 | | | |
| 12/11/13 | 010004 | BMO HARRIS BANK NA  ATTN: FREDY JANY  180 N. EXECUTIVE DRIVE  BROOKFIELD, WI 53005 | Claim 000001, Payment 5.63% | 7100-000 | | 5,105.63 | 1,166.37 |
| 12/11/13 | 010005 | MIDLAND CREDIT MANAGEMENT, INC.  8875 AERO DRIVE, SUITE 200  SAN DIEGO, CA 92123 | Claim 000002, Payment 5.63% | 7100-000 | | 250.97 | 915.40 |
| 12/11/13 | 010006 | ATLAS ACQUISITIONS LLC  GE CAPITAL - JC PENNEY  294 UNION ST.  HACKENSACK, NJ 07601 | Claim 000003, Payment 5.63% | 7100-000 | | 35.60 | 879.80 |
| 12/11/13 | 010007 | ATLAS ACQUISITIONS LLC  GE CAPITAL - SAM'S CLUB  294 UNION ST.  HACKENSACK, NJ 07601 | Claim 000004, Payment 5.63% | 7100-000 | | 100.76 | 779.04 |
| 12/11/13 | 010008 | ATLAS ACQUISITIONS LLC  GE CAPITAL - SAM'S CLUB  294 UNION ST.  HACKENSACK, NJ 07601 | Claim 000005, Payment 5.63% | 7100-000 | | 51.64 | 727.40 |

Page Subtotals        0.00        5,544.60

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-20476 -PSH | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | GONZALEZ, MONICO JAIME | Bank Name: | Bank of New York Mellon |
| | GONZALEZ, RAFAELA | Account Number / CD #: | *******7226 GENERAL CHECKING |
| Taxpayer ID No: | *******0150 | | |
| For Period Ending: | 02/28/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/11/13 | 010009 | MIDLAND CREDIT MANANGEMENT, INC.<br>8875 AERO DRIVE, SUITE 200<br>SAN DIEGO CA 92123 | Claim 000006, Payment 5.63% | 7100-000 | | 214.23 | 513.17 |
| 12/11/13 | 010010 | MIDLAND CREDIT MANANGEMENT, INC.<br>8875 AERO DRIVE, SUITE 200<br>SAN DIEGO CA 92123 | Claim 000007, Payment 5.63% | 7100-000 | | 79.22 | 433.95 |
| 12/11/13 | 010011 | MIDLAND CREDIT MANANGEMENT, INC.<br>8875 AERO DRIVE, SUITE 200<br>SAN DIEGO CA 92123 | Claim 000008, Payment 5.63% | 7100-000 | | 24.93 | 409.02 |
| 12/11/13 | 010012 | CAPITAL ONE BANK (USA), N.A.<br>C/O AMERICAN INFOSOURCE<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Claim 000009, Payment 5.63% | 7100-000 | | 78.56 | 330.46 |
| 12/11/13 | 010013 | CAPITAL ONE BANK (USA), N.A.<br>C/O AMERICAN INFOSOURCE<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Claim 000010, Payment 5.63% | 7100-000 | | 105.81 | 224.65 |
| 12/11/13 | 010014 | CAPITAL ONE BANK (USA), N.A<br>C/O AMERICAN INFOSOURCE<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Claim 000011, Payment 5.63% | 7100-000 | | 37.83 | 186.82 |
| 12/11/13 | 010015 | MIDLAND CREDIT MANAGEMENT, INC.<br>8875 AERO DRIVE, SUITE 200 | Claim 000012, Payment 5.63% | 7100-000 | | 84.72 | 102.10 |

Page Subtotals 0.00 625.30

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2 Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-20476 -PSH | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | GONZALEZ, MONICO JAIME | | Bank Name: | Bank of New York Mellon |
| | GONZALEZ, RAFAELA | | Account Number / CD #: | *******7226 GENERAL CHECKING |
| Taxpayer ID No: | *******0150 | | | |
| For Period Ending: | 02/28/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SAN DIEGO, CA 92123 | | | | | |
| 12/11/13 | 010016 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000013, Payment 5.63% | 7100-000 | | 47.25 | 54.85 |
| 12/11/13 | 010017 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000014, Payment 5.63% | 7100-000 | | 54.85 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 18,447.00 | 18,447.00 | 0.00 |
| Less: Bank Transfers/CD's | 18,447.00 | 0.00 | |
| Subtotal | 0.00 | 18,447.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 18,447.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********6229 | 20,000.00 | 1,553.00 | 0.00 |
| GENERAL CHECKING - ********7226 | 0.00 | 18,447.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 20,000.00 | 20,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 102.10

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-20476 -PSH | Trustee Name: | Frances Gecker |
| Case Name: | GONZALEZ, MONICO JAIME | Bank Name: | Bank of New York Mellon |
| | GONZALEZ, RAFAELA | Account Number / CD #: | *******7226  GENERAL CHECKING |
| Taxpayer ID No: | *******0150 | | |
| For Period Ending: | 02/28/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Frances Gecker, Trustee

Trustee's Signature: ___/s/ Frances Gecker___  Date: 02/27/14
FRANCES GECKER

| | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 17.05

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*